UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Patricia Champion vs. Wal-Mart Stores Texas LLC, et al

2. Civil action number: C.A. No. 5:16-CV-112-DAE

3. Nature of suit: Personal Injury

4. Date of Mediation: November 8, 2016

5. When did the case settle? ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee? $ 437.50 per party   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Phillip Ripper
Address: Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361) 985-0600

Name: James K. Floyd
Address: Daw & Ray, LLP
14100 San Pedro, Suite 302
San Antonio, Texas 78232
Phone: (210) 224-3121

Name:
Address:
Phone:

Name:
Address:
Phone:

9. Additional comments: Previously reported that case did not settle; however, the parties continued to work on and am pleased to report that his matter has now SETTLED.

Signature of Neutral: [signature]   James W. Upton
Date: 12-12-16
Address: 802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401
Phone: 361-884-0616

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR, or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*