UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA CHAMPION | § | |
| | § | |
| VS. | § | C.A. NO. 5:16-cv-112-DAE |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| WAL-MART REAL ESTATE BUSINESS | § | |
| TRUST D/B/A WAL-MART SUPERCENTER | § | |
| #2599, WAL-MART REALTY COMPANY, | § | |
| AND CHARLES RODRIGUEZ | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE SENIOR U.S. DISTRICT JUDGE DAVID A. EZRA:

Plaintiff **Patricia Champion** and Defendants **Wal-Mart Stores Texas, L.L.C., Wal-Mart Real Estate Business Trust d/b/a Wal-Mart Supercenter #2599, Wal-Mart Realty Company, and Charles Rodriguez** file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed her Original Petition on November 23, 2015, in the 37th Judicial District Court, Bexar County, Texas. Defendants **Wal-Mart Stores Texas, L.L.C., Wal-Mart Real Estate Business Trust d/b/a Wal-Mart Supercenter #2599, Wal-Mart Realty Company, and Charles Rodriguez** filed an Answer to Plaintiff's Original Petition on January 29, 2016, and removed the case on February 1, 2016 asserting diversity of citizenship.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who has answered, agree to the dismissal.

4. This case is not a class action lawsuit.

5.    The parties move that the lawsuit against Defendants **Wal-Mart Stores Texas, L.L.C., Wal-Mart Real Estate Business Trust d/b/a Wal-Mart Supercenter #2599, Wal-Mart Realty Company, and Charles Rodriguez** be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

Respectfully submitted,

THE LAW OFFICES OF THOMAS J. HENRY

_____
Thomas J. Henry; TBN: 09484210
Marco A. Crawford; TBN: 24068756
Phillip C. Ripper; TBN: 24085866
521 Starr Street
Corpus Christi, Texas 78401
(361) 985-0600 Telephone
(361) 985-0601 Facsimile
**ATTORNEYS FOR PLAINTIFF,
PATRICIA CHAMPION**

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

_____
Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047628
Email: jfloyd@dawray.com
Natalie M. Arledge; TBN: 24073464
Email: narledge@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS,
WAL-MART STORES TEXAS, L.L.C.,
WAL-MART REAL ESTATE BUSINESS
TRUST D/B/A WAL-MART SUPERCENTER
#2599, WAL-MART REALTY COMPANY,
AND CHARLES RODRIGUEZ**